■ LYNN PRUCNAL, Plaintiff, v DNG ACQUISITION GROUP, LLC, Defendant and Third-Party Plaintiff-Respondent. GREEN-VIEW LANDSCAPE Co., Third-Party Defendant-Appellant. (Appeal No. 2.) [773 NYS2d 330]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered November 19, 2002. The order denied the motion of third-party defendant to set aside the jury verdict.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens,* 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1]). Present—Pigott, Jr., P.J., Pine, Wisner, Scudder and Kehoe, JJ.